**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

Naum Osmary MEDINA-RAMOS,
**Defendant-Appellant**

**No. 16-41380**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 18, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Naum Osmary Medina-Ramos, Pro Se

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Naum Osmary Medina-Ramos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Medina-Ramos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. According-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be